445 A.2d 217

Commonwealth v. Woodruff, Appellant.

Submitted June 13, 1980. Colie B. Chappelle, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

LIPEZ, J., concurred in the result.